KING LAW OFFICES
CATHERINE KING, SBN 145940
2051 HILLTOP DR., STE A28
REDDING, CA 96002
PH: (530) 221 2640; FAX: 866 808 2223
EMAIL: king_catherine@att.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. BORDON AND LORNA R. BORDON,<br><br>    Plaintiffs,<br>v.<br><br>JPMORGAN CHASE BANK, NA; CTX MORTGAGE COMPANY, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; MARK HAGLER and DOES 1-20 inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.: 3:09-CV-05913 CRB<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE FOR THE MOTION TO DISMISS<br><br>JUDGE: The Honorable Charles R. Breyer<br>DATE: March 12, 2010<br>TIME: 10:00 a.m.<br>DEPT: 8 |

The Court having reviewed the Motion to Appear by Telephone at the Case Management Conference filed by Plaintiffs, good cause appearing therefore, hereby orders as follows:

/ / /

/ / /

/ / /

/ / /

REQUEST FOR TELEPHONIC APPEARANCE

1    **IT IS HEREBY ORDERED**, that Plaintiffs' Counsel may appear telephonically at the Case
2    Management Conference currently set to be heard on March 12th 2010, in Courtroom 8, before the
3    Honorable Charles R. Breyer, of the above entitled Court, by and through their counsel, Catherine
4    R. King (530) 917-7760.

The case management conference is reset to 8:30 a.m. on March 12, 2010.

DATED:   Feb. 26, 2010                    By_____
                                          Honorable Charles R. Breyer
                                          Judge, United States District Court



REQUEST FOR TELEPHONIC APPEARANCE