IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M BORDON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>    Defendants._____/ | No. C 09-5913 CRB<br><br>**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

    Plaintiffs have filed a First Amended Complaint that contains no federal causes of action. Moreover, it appears that the parties are not completely diverse. The Court therefore lacks subject matter jurisdiction over this case under either 28 U.S.C. § 1331 or 28 U.S.C. § 1332. While this Court could elect to maintain supplemental jurisdiction over the remaining claims under 28 U.S.C. § 1367, it chooses not to. *See* 28 U.S.C. § 1367(c)(3) (providing that a district court may decline to exercise supplemental jurisdiction where it "has dismissed all claims over which it had original jurisdiction").

    This case is therefore DISMISSED for lack of subject matter jurisdiction.

    **IT IS SO ORDERED.**

Dated: March 12, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5913\Order Dismissing Case for Lack of SMJ.wpd